UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JASON MOBERLY,
                Plaintiff

      v.                          CIVIL ACTION: C-1-08-569

UNIVERSITY OF CINCINNATI
CLERMONT COLLEGE, et al,
                Defendant

## SCHEDULING ORDER AND PRE-TRIAL PROCEDURES

      Pursuant to the request of counsel, the Conference scheduled for March 13, 2009 is Cancelled. The following schedule is hereby entered and shall control the disposition of the above-styled case:

(1)    Joining of other parties and amendments to the pleadings shall be April 15, 2009.

(2)    Plaintiff(s) shall comply with Fed. R. Civ. P. Rule 26(a)(2) no later than May 29, 2009. Defendant(s) shall comply with Fed. R. Civ. P. Rule 26(a)(2) no later than June 30, 2009.

Pursuant to the Rule, both parties shall furnish to any opposing party a curriculum vitae, as well as a binding written report of the testimony of the expert witnesses.

(3) Discovery cut-off date is September 30, 2009.

(4) Joint Status Report, including the parties' position as to Mediation, shall be filed by September 30, 2009.

(5) All dispositive Pretrial Motions shall be filed by October 30, 2009.

(6) Upon filing a dispositive motion, the Proponent of the motion shall file **ELECTRONICALLY** with the Court, *deliver a courtesy copy to Chambers via e:mail at weber_chambers@ohsd.uscourts.gov* and serve upon opposing counsel Proposed Findings of Fact and Conclusions of Law which support the dispositive motion. Twenty-Three (23) days thereafter, opposing counsel shall file with the Court and serve with its Response to the dispositive motion a copy of the Proposed Findings of Facts and Conclusions of Law underlined in the following manner:

    a) Underline in **BLUE** those Findings of Fact which are true;

    b) Underline in **YELLOW** those Findings of Fact which are true but irrelevant

2

or unimportant;

c) Underline in **RED** those Findings of Fact which are not true; and

d) Underline in **RED** any misstatement of law contained in the Conclusions of Law.

(7) All non-dispositive motions shall include a Statement of Conference indicating whether the motion is opposed or unopposed.

(8) All proposed orders shall be e:mailed to the following e:mail address: **weber_chambers@ohsd.uscourts.gov**.

(9) Counsel shall file their Proposed Joint Final Pretrial Order by February 5, 2010 and this case shall proceed to trial in March 2010 trial term.

**IT IS SO ORDERED.**

S/Herman J. Weber
_____
Herman J. Weber, Senior Judge
United States District Court

Rev.9/07