Page 160

1        A.       On the 29th?

2        Q.       At any time, the 29th or any time after.

3        A.       No, not after I had my background check

4     done, no.

5                 MR. MEZIBOV:  That's all the questions.

6                 MR. HOYING:  I have no follow-up.

7

8                 *RULE 30(E) INVOKED, SEE PAGE 162

9

10                    _Jason Moberly / RES_

11                JASON MOBERLY

12                        - - -

13            DEPOSITION CONCLUDED AT 1:40 P.M.

14                        - - -

15

16

17

18

19

20

21

22

23

24

ORIGINAL

Page 161

1                        C E R T I F I C A T E

2        STATE OF OHIO           :
                                 :  ss
3        COUNTY OF HAMILTON      :

4                    I, Raymond E. Simonson, RMR, the

5        undersigned, a duly qualified and commissioned notary

6        public within and for the State of Ohio, do hereby

7        certify that, before giving of the aforesaid

8        deposition, JASON MOBERLY, was by me first duly sworn

9        to depose the truth, the whole truth, and nothing  but

10       the truth; that the foregoing is the deposition given

11       at said time and place by JASON MOBERLY; that said

12       deposition was taken in all respects pursuant to

13       stipulations of counsel hereinbefore set forth; that I

14       am neither a relative of nor employee of any of their

15       counsel, and have no interest whatever in the result of

16       the action.

17                    I further certify that I am not, nor is

18       the court reporting firm with which I am affiliated,

19       under a contract as defined in Civil Rule 28(D).

20                    IN WITNESS WHEREOF, I hereunto set my hand

21       and official seal of office at Cincinnati, Ohio, this

22       20th day of ____October____, 2009.

23

24       My commission expires:    RAYMOND E. SIMONSON, RMR
         June 22, 2013             Notary Public - State of Ohio

ORIGINAL

Page 162

1

2                             RULE 30(E) INVOKED
                            *SEE SIGNATURE PAGE 160*
3                           DEPOSITION OF JASON MOBERLY

4

5            RULE 30(E) OF THE FEDERAL RULES OF CIVIL
    PROCEDURE BEING INVOKED ON 10-28-09.  REASON:  AFTER
    HAVING BEEN SUBMITTED FOR SIGNATURE ON 9-24-09, THE
6   TRANSCRIPT WAS NOT SIGNED BY THE DEPONENT WITHIN THE
    ALLOTTED TIME, 10-24-09.

7

8                      C E R T I F I C A T E

9            I, RAYMOND E. SIMONSON, THE UNDERSIGNED, HAVE
    SIGNED THE SIGNATURE OF JASON MOBERLY TO THE DEPOSITION
10  PURSUANT TO THE ABOVE-STATED REASON.

11

12

13                         RAYMOND E. SIMONSON, RMR
                           NOTARY PUBLIC-STATE OF OHIO
14                         MY COMMISSION EXPIRES:
                                JUNE 22, 2013

15

16

17

18

19

20

21

22

23

24

ORIGINAL