**United States District Court**
**Southern District of Ohio**
**Western Division**

JASON MOBERLY,
    Plaintiff,                                       Civil Action No. 1:08CV569

vs.                                               Weber, J.
                                                   Black, M.J.

UNIVERSITY OF CINCINNATI, et al.,
    Defendants.                             **ORDER**

On 11/25/09, Plaintiff filed a Motion for Extension of Time to Respond to defendants' motion for summary judgment. (Doc. 17). The motion is GRANTED, and Plaintiff shall respond by 12/14/09.

Date: 12/1/09                            <u>/s/Timothy S. Black</u>

                                              Timothy S. Black
                                              United States Magistrate Judge